# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN A. PORTER, : | |
| *Plaintiff*, : | |
| : | CIVIL ACTION |
| v. : | NO. 20-2617 |
| : | |
| MERAKEY PARKSIDE RECOVERY, : | |
| *Defendant*. : | |

## ORDER

AND NOW, this 29th day of September, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 43), it is hereby **ORDERED** that said Motion is **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court shall **MARK** the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.